```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 08092
   YDALI LOZANO
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5595


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/02/2004 and was confirmed 06/09/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 07/09/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED           1824.86        689.78        1824.86
AMERICREDIT FINANCIAL SV  UNSECURED         4860.74          .00          486.07
SHOREBANK CORP ~          CURRENT MORTG        .00           .00             .00
SHOREBANK CORP ~          MORTGAGE ARRE   10762.21           .00        10762.21
ADT SECURITY              UNSECURED       NOT FILED         .00              .00
CAPITAL ONE BANK          UNSECURED         1539.50         .00           153.95
CAPITAL ONE BANK          UNSECURED       NOT FILED         .00              .00
CITY OF CHICAGO PARKING   UNSECURED          120.00         .00            12.00
CITY OF CHICAGO WATER DE  UNSECURED       NOT FILED         .00              .00
COMCAST                   UNSECURED       NOT FILED         .00              .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED         .00              .00
FINGERHUT CREDIT ADVANTA  UNSECURED          598.23         .00            59.82
HOME DEPOT                UNSECURED       NOT FILED         .00              .00
HOMEVISIONS               UNSECURED       NOT FILED         .00              .00
HOUSEHOLD FINANCE         UNSECURED       NOT FILED         .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED            .00          .00              .00
THOMAS W DREXLER          DEBTOR ATTY     1,894.00                       1,894.00
TOM VAUGHN                TRUSTEE                                          941.40
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            16,824.09

PRIORITY                                      .00
SECURED                                  12,587.07
    INTEREST                                689.78
UNSECURED                                   711.84
ADMINISTRATIVE                            1,894.00
TRUSTEE COMPENSATION                        941.40

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 08092 YDALI LOZANO
```

```
DEBTOR REFUND                                                      .00
                                         ----------------  ----------------
TOTALS                                         16,824.09         16,824.09
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                         /s/ Tom Vaughn
Dated: 09/25/08                          _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE
```